IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H–18-603-2 |
| | § | |
| John Johnny Amaya | § | |

## ORDER RESETTING SENTENCING

The sentencing of the defendant is hereby reset.

1. Counsel will file objections or a statement of no objection by  July 12, 2019 .

2. The Probation Office will submit the final PSR with an addendum 7 days prior to sentencing.

3. Sentencing will be held on  August 9, 2019  at  2:30  p.m.

**SIGNED** on this the 30th day of April, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE