UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | CAUSE NO. 4:18-CR-00603-02 |
| JOHN "JOHNNY" AMAYA | § § § | |

## ORDER

On this the ____ day of _____, 2019, the above case the Unopposed Third Motion for Continuance of Sentencing Hearing having been presented to the Court, and the Court is of the opinion that the Motion be and is hereby: **GRANTED / ~~DENIED~~** and this case is set for a Sentencing Hearing on _November 7, 2019 at 2:00 p.m._ and the Federal Probation Office will submit a final PSR with addendum 7 days prior to the sentencing hearing.

**DONE** on this _26th_ day of _July_, 2019 in Houston, Texas.

_____
**HON. SIM LAKE**
U. S. DISTRICT COURT JUDGE